## MOTION DOCKET

**91–1355.** In re Application of Lammers. *Sua sponte*, Maximillian P. Lammers, Jr. is granted leave to file objections instanter; this cause is set for hearing.

MOYER, C.J., SWEENEY, HOLMES and DOUGLAS, JJ., concur.

WRIGHT, H. BROWN and RESNICK, JJ., would immediately suspend his license pending his receipt of a law degree.

## MISCELLANEOUS DISMISSALS

**91–1588.** E.W. Scripps Co. v. Tracy. Board of Tax Appeals, No. 87–C–761. Cause dismissed, on appellant's application for dismissal, effective September 24, 1991.

**91–1659.** Scott v. Heritage Mutual Ins. Co. *Hamilton County*, No. C–900392. Cause dismissed, on joint application to dismiss, effective September 24, 1991.